FILED

2012 JUL 24  PM 2: 07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  US BANK TRUST ASSOCIATION,           )   CASE NO.  EDCV 12-1175-UA (Dutyx)
                                         )
12                       Plaintiff,      )
                                         )
13            vs.                        )   ORDER SUMMARILY REMANDING
                                         )   IMPROPERLY-REMOVED ACTION
14  MARIBEL VILLAR, et al.,              )
                                         )
15                       Defendants.     )
    _____ )

16

17            The Court will remand this unlawful detainer action to state court summarily

18  because Defendant removed it improperly.

19            On July 16, 2012, Defendant Raymond Jones, having been sued in what

20  appears to be a routine unlawful detainer action in California state court, lodged a Notice

21  Of Removal of that action to this Court and also presented an application to proceed

22  *in forma pauperis*.  The Court has denied the latter application under separate cover

23  because the action was not properly removed.  To prevent the action from remaining in

24  jurisdictional limbo, the Court issues this Order to remand the action to state court.

25            Simply stated, Plaintiff could not have brought this action in federal court in

26  the first place, in that Defendant does not competently allege facts supplying either

27  diversity or federal-question jurisdiction, and therefore removal is improper.  28 U.S.C.

28  § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct.

2611, 162 L.Ed.2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer complaint recites that the amount in controversy does not exceed $10,000.

Nor does Plaintiff's unlawful detainer action raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Riverside County, Moreno Valley District, 13800 Heacock St., Ste D201, Moreno Valley, CA 92553, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED:   July 19, 2012

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE